# UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| DONALD W. GRAY, JR., <br>         Plaintiff <br><br> V. <br><br> COMMISSIONER of SOCIAL SECURITY, <br>         Defendant | **ORDER ON APPLICATION** <br> **TO PROCEED WITHOUT** <br> **PREPAYMENT OF FEES** <br><br><br> CASE NUMBER: 1:09-AT-00689 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X    GRANTED.

     X    The clerk is directed to file the complaint.

     X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

_____

ENTER this __27th__ day of __August__, __2009__.

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer