BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| DONALD GRAY, JR., | ) | Case No. 1:09-CV-01513-SKO |
|    Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER FOR |
| MICHAEL J. ASTRUE, | ) | THE AWARD OF ATTORNEY'S FEES |
| Commissioner of Social Security, | ) | PURSUANT TO THE EQUAL ACCESS TO |
|    Defendant. | ) | JUSTICE ACT, 28 U.S.C. § 2412(d)AND COSTS |
| | ) | PURSUANT TO 28 U.S.C. § 1920 |
| _____ | ) | |

      IT IS HEREBY STIPULATED by and between the parties through their undersigned

counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND

TWO HUNDRED EIGHTEEN DOLLARS AND 57 CENTS ($3,218.57), and costs under 28

U.S.C. § 1920 in the amount of SIXTY DOLLARS ($60.00).  This amount represents

compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with

this civil action, in accordance with 28 U.S.C. §§ 1920 and 2412(d).

      After the Court issues an order for EAJA fees to Plaintiff, the government will consider

Stip. & Order for Attorney's Fees       1

the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to <u>Astrue v.</u> <u>Ratliff</u>, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Plaintiff's counsel, Lawrence Rohlfing, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

Lawrence D. Rohlfing reserves the right to contend that any non-payment caused by the collection of a federal debt owed by Plaintiff violates 31 C.F.R. § 285.5(e)(5) and <u>Morrison v.</u> <u>C.I.R.</u>, 565 F.3d 658, 667 (9th Cir. 2009).  Nothing in this stipulation shall be construed as an admission by Lawrence D. Rohlfing that the Government has the right or authority to offset the fees due and payable pursuant to this stipulation.

Stip. & Order for Attorney's Fees                    2

1

2
   This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

3
Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

4

5
   Respectfully submitted January 24, 2011

6
Dated: January 24, 2011     *s/ Lawrence Rohlfing*

7
           (As authorized by email)
           LAWRENCE ROHLFING

8
           Attorney for Plaintiff

9
Date: January 24, 2011      BENJAMIN B. WAGNER

10
           United States Attorney

11
         By *s/ Daniel P. Talbert*

12
           DANIEL P. TALBERT
           Special Assistant U. S. Attorney

13

14
           Attorneys for Defendant

15
         **<u>ORDER</u>**

16
   Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act

17
Fees, Costs, and Expenses, IT IS ORDERED that fees and expenses in the amount of $3,278.57 as

18

19
authorized by 28 U.S.C. §§ 2412 and 1920 be awarded subject to the terms of the Stipulation.

20
IT IS SO ORDERED.

21
**Dated:   January 31, 2011**     **/s/ Sheila K. Oberto**

22
         UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

Stip. & Order for Attorney's Fees    3