1

2

3

4

5

6

7

8

9              **UNITED STATES DISTRICT COURT**

10                  EASTERN DISTRICT OF CALIFORNIA

11

DONALD W. GRAY,                        )     Case No.: 1:09-cv-01513-SKO
12                                     )
                                       )     **ORDER SETTING BRIEFING**
13              Plaintiff,             )     **SCHEDULE ON PLAINTIFF'S**
                                       )     **COUNSEL'S MOTION FOR**
14       v.                            )     **ATTORNEY'S FEES**
                                       )
15  MICHAEL J. ASTRUE,                 )
    Commissioner of Social Security,   )     (Doc. 18)
16                                     )
                                       )
17              Defendant.             )
                                       )
18  _____ )

19

20       On January 6, 2012, Plaintiff's counsel, Lawrence D. Rohlfing, filed a motion requesting that

21  the Court issue an order setting attorney's fees pursuant to 42 U.S.C. § 406(b).  (Doc. 18.)  Plaintiff

22  Donald W. Gray has been served with a copy of his counsel's motion.  On January 10, 2012, the

23  Commissioner filed a statement regarding Plaintiff's counsel's motion.

24       The Court HEREBY ORDERS the following briefing schedule with regard to Plaintiff's

25  counsel's motion:

26       1.    **On or before February 6, 2012**, Plaintiff Victor I. Murdock may optionally file a

27             response opposing the motion or a statement that the motion is not opposed;

28

1    2.    **On or before February 16, 2012**, Plaintiff's counsel may file an optional reply to

2          any opposition or response filed by Plaintiff or the Commissioner;

3    3.    The Commissioner shall serve a copy of his response to Plaintiff's counsel's motion

4          on Plaintiff Donald W. Gray at the address below; and

5    4.    The Clerk of Court is DIRECTED to serve a copy of this order on Donald W. Gray,

6          Jr., at 132 ½ South C Street, Tulare, California 93274.

7

8

9

10   IT IS SO ORDERED.

11   **Dated:   January 11, 2012**                    **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2