# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD W. GRAY, | Case No.: 1:09-cv-01513-SKO |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEY'S FEES** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Doc. 18) |
| Defendant. | |

On January 6, 2012, Plaintiff's counsel, Lawrence D. Rohlfing, filed a motion requesting that the Court issue an order setting attorney's fees pursuant to 42 U.S.C. § 406(b). (Doc. 18.) Plaintiff Donald W. Gray has been served with a copy of his counsel's motion. On January 10, 2012, the Commissioner filed a statement regarding Plaintiff's counsel's motion.

The Court HEREBY ORDERS the following briefing schedule with regard to Plaintiff's counsel's motion:

1. **On or before February 6, 2012**, Plaintiff Victor I. Murdock may optionally file a response opposing the motion or a statement that the motion is not opposed;

2. **On or before February 16, 2012**, Plaintiff's counsel may file an optional reply to any opposition or response filed by Plaintiff or the Commissioner;

3. The Commissioner shall serve a copy of his response to Plaintiff's counsel's motion on Plaintiff Donald W. Gray at the address below; and

4. The Clerk of Court is DIRECTED to serve a copy of this order on Donald W. Gray, Jr., at 132 ½ South C Street, Tulare, California 93274.

IT IS SO ORDERED.

**Dated:   January 11, 2012**                     /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE