# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD W. GRAY,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:09-cv-01513-SKO<br><br>**AMENDED ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEY'S FEES**<br><br>(Doc. 20) |

On January 6, 2012, Plaintiff's counsel, Lawrence D. Rohlfing, filed a motion requesting that the Court issue an order setting attorney's fees pursuant to 42 U.S.C. § 406(b). (Doc. 20.) Plaintiff Donald W. Gray has been served with a copy of his counsel's motion. On January 10, 2012, the Commissioner filed a statement regarding Plaintiff's counsel's motion.

The Court HEREBY ORDERS the following briefing schedule with regard to Plaintiff's counsel's motion:

1. **On or before February 6, 2012**, Plaintiff Donald W. Gray, Jr. may optionally file a response opposing the motion or a statement that the motion is not opposed;

2. **On or before February 16, 2012**, Plaintiff's counsel may file an optional reply to any opposition or response filed by Plaintiff or the Commissioner;

3. The Commissioner shall serve a copy of his response to Plaintiff's counsel's motion on Plaintiff Donald W. Gray at the address below; and

4. The Clerk of Court is DIRECTED to serve a copy of this order on Donald W. Gray, Jr., at 132 ½ South C Street, Tulare, California 93274.

IT IS SO ORDERED.

**Dated:   January 13, 2012**               /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

2